CHARLES KEMP et al., Appellants, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Respondent.

Submitted March 6, 1939; decided April 5, 1939.

*Harlan F. Calkins* for motion to dismiss appeal.

*William L. Clay* opposed and for motion for leave to serve and file undertaking.

Motion to dismiss appeal denied.

Motion for leave to serve and file an undertaking granted.